PD-0720-15

To The Court of Criminal Appeals

July 17, 2015

RE:  Cause No. 13-12-00603-CR
Tr.Ct.No.  CR-003-11-E
Style:  Ricardo Munoz Sanchez AKA Ricardo Alonso Sanchez v. The
         State of Texas

Clerk Abel Acosta,

         Enclosed please find an explanation regarding some
concerns of my recent filed Petition of Discretionary Review.

                                        -Very truly yours,

                                        -Ricardo Sanchez
                                        TDC #01814573
                                        Bill Clements Unit
                                        9601 Spur 591
                                        Amarillo, Tx. 79107

FILED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 22 2015
Abel Acosta, Clerk

July 17, 2015

To The Honorable Court Of Criminal Appeals Of Texas

Clerk Abel Acosta

I would like to advice that I recently filed a Petition for Discretionary Review, regarding the stated case, and have certain concerns I would like to explain.

On June 2, 2015, I received an answer to my 'direct appeal' from my appellate attorney, Honorable Rene Flores, and instructions as to filing a P.D.R. Opinion from the Court of Appeals was signed on May 14, 2015, leaving me a couple of days to timely file a P.D.R. I did however, timely file the P.D.R, which you should now have in your possesion. At the time though, my unit was in lockdown and I didn't have proper access to the unit's law library. Which forced me to file the P.D.R. with the little knowledge I had of the proceedings. Now that I have done my research, I am confused regarding its proper proceedings. It was my knowledge that the P.D.R. was to be filed with The Court of Criminal Appeals and I was unaware that I was suppose to send copies to the State Prosecuting Attorney and the prosecuter on appeal.

I am here to explain my situation, and ask that such copies be excused; since I do not have access to a copier. Also, that I sent the P.D.R. to the Court of Criminal Appeals and not to the Court of Appeals as for the amended Rule 68.7(c) of the T.R.A.P.

I further add that these processes are of great importance to me and have tried to follow them to the best of my knowledge.

Thank you for your time and patience.

- Very truly yours,

-Ricardo Sanchez